


ORIGINAL

FILED
02 APR 24 PM 12: 05
CLERK
NORTHERN DISTRICT COURT
CLEVELAND OF OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BONNIE FLYNN<br>18 Arms Boulevard #3<br>Niles, Ohio 44446<br><br>and<br><br>TIA HAZINAKIS<br>905 Sylvan<br>Warren, Ohio 44485<br><br>and<br><br>JACQUELINE HURST<br>1369 Castillion Drive N.E.<br>Warren, Ohio 44484<br><br>and<br><br>BONNIE JAYNE<br>831 Ohio Avenue<br>McDonald, Ohio 44437<br><br>and<br><br>KAREN MARTIN<br>3440 Ridge Road<br>Cortland, Ohio 44410<br><br>and<br><br>CHRISTINA S. NICHOLS<br>1660 Sodom-Hutchings Road N.E.<br>Vienna, Ohio 44473<br><br>and<br><br>NICOLE A. O'BRIEN<br>737 Trumbull Avenue<br>Warren, Ohio 44484 | 4:02CV 773<br>JUDGE<br><br>JUDGE ALDRICH<br><br>MAG. JUDGE PERELMAN<br><br><br><br>COMPLAINT<br>(Plaintiffs Demand A<br>Trial By Jury) |

|  |  |
|---|---|
| and<br>TIA TRIMBLE<br>2937 Beal Street N.W.<br>Warren, Ohio 44485 | )<br>)<br>)<br>) |
| Plaintiffs | )<br>) |
| v. | )<br>) |
| TRUMBULL COUNTY, OHIO<br>(Trumbull County Sheriff's<br>Department)<br>160 High Street<br>Warren, Ohio 44481 | )<br>)<br>)<br>)<br>)<br>) |
| and | )<br>) |
| OHIO PATROLMEN'S BENEVOLENT<br>ASSOCIATION<br>c/o Climaco, Lefkowitz,<br>Peca, Wilcox & Garofoli<br>Co. LPA<br>1228 Euclid Avenue, Suite 900<br>Cleveland, Ohio 44115 | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants | ) |

1. The jurisdiction of this Court over the subject matter of this case is conferred on this Court pursuant to Section 706 of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e-5, 28 U.S.C. Section 1337 and 42 U.S.C. Section 1331. Venue is properly laid in this District pursuant to 28 U.S.C. Section 1391 in that all defendants reside in this District and the cause of action alleged herein arose in this District.

2. Plaintiffs are individuals who reside at the following addresses:

>Bonnie Flynn
>18 Arms Boulevard, #3
>Niles, Ohio 44446

2

>        Tia Hazinakis
>        905 Sylvan
>        Warren, Ohio 44485
>
>        Jacqueline Hurst
>        1369 Castillion Drive N.E.
>        Warren, Ohio 44484
>
>        Bonnie Flynn
>        831 Ohio Avenue
>        McDonald, Ohio 44437
>
>        Karen Martin
>        3440 Ridge Road
>        Cortland, Ohio 44410
>
>        Christina Nichols
>        1660 Sodom-Hutchings Road N.E.
>        Vienna, Ohio 44473
>
>        Nicole O'Brien
>        737 Trumbull Avenue
>        Warren, Ohio 44484
>
>        Tia Trimble
>        2937 Beal Street N.W.
>        Warren, Ohio 44485

At all times material to this action each of the plaintiffs has been employed as a Corrections Officer at the Trumbull County Jail.

    3. Defendant Trumbull County, Ohio ("Trumbull") is a duly authorized governmental unit having its administrative offices at 160 High Street, Warren, Ohio 44481. At all times material to this action Trumbull has operated and been responsible for the Trumbull County Sheriff's Department ("Sheriff"). At all times material to this action Trumbull has been each of the plaintiffs' employer.

    4. Defendant Ohio Patrolman's Benevolent Association ("OPBA") is a labor organization with the mailing address of c/o Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co. LPA,

1228 Euclid Avenue, Suite 900, Cleveland, Ohio 44115. At all times material to this action OPBA has maintained a collective bargaining relationship with Trumbull. At all times material to this action the OPBA has been the collective bargaining representative for a unit of Trumbull employees that has included plaintiffs.

5. Trumbull and the OPBA are parties to a collective bargaining agreement covering the terms and conditions of employment of the unit of Trumbull employees that include plaintiffs. That collective bargaining agreement provided that Corrections Officers bid for shift preferences in November and May of each year. That collective bargaining agreement provided that shifts were to be assigned on the basis of seniority.

6. In effectuating the shift bid provisions of the collective bargaining agreement the Sheriff with the knowledge and consent of the OPBA has utilized two (2) separate seniority lists. One of those seniority lists contains only male Corrections Officers. The other of those seniority lists contains only female employees. The use of these two (2) gender based seniority lists has resulted in female Corrections Officers being assigned to less desirable work shifts than less senior male Corrections Officers.

7. Plaintiffs each entered a shift bid in May, 2001. Despite having greater seniority plaintiffs received less desirable shifts than did several less senior male

Corrections Officers. The practice of using gender based seniority lists as described herein results in discrmination against plaintiffs because of their sex, female. Trumbull and the OPBA have, by virtue of the practice of using gender based seniority lists as alleged herein, violated Title VII of the Civil Rights Act of 1964, as amended ("Title VII"). 42 U.S.C. Section 2000e et seq.

8. On or about October 5, 2001 each of the plaintiffs filed charges of sex discrmination against Trumbull and the OPBA with the Cleveland District office of the Equal Employment Opportunity Commission ("EEOC"). On or about the following dates the EEOC notified plaintiffs that each of them had ninety (90) days from the date of their receipt of said notices to file this lawsuit.

| Name | Trumbull | OPBA |
|---|---|---|
| Bonnie Flynn | February 21, 2002 | |
| Tia Hazinakis | January 25, 2002 | January 25, 2002 |
| Jacqueline Hurst | March 18, 2002 | January 25, 2002 |
| Bonnie Jayne | March 18, 2002 | March 8, 2002 |
| Karen Martin | March 18, 2002 | April 16, 2002 |
| Christina Nichols | March 18, 2002 | February 28, 2002 |
| Nicole O'Brien | March 18, 2002 | |
| Tia Trimble | March 18, 2002 | |

9. Each of the plaintiffs is entitled to recover from Trumbull and the OPBA, jointly and severally, all relief provided for pursuant to Title VII.

WHEREFORE each of the plaintiffs requests that this Honorable Court:

A. Find that Trumbull and the OPBA violated Title VII's prohibition on sex discrimination by creating two (2) seniority lists for shift bid purposes;

B. Order Trumbull and the OPBA to henceforth use one seniority list for shift bid purposes;

C. Order Trumbull to place each of the plaintiffs on the shift to which her seniority entitles her;

D. Grant each of the plaintiffs compensatory damages in the amount of Three Hundred Thousand Dollars ($300,000.00) from Trumbull and OPBA, jointly and severally;

E. Grant each of the plaintiffs interest on all sums found to be due her;

F. Grant each of the plaintiffs the costs of this

action including each of the plaintiffs' reasonable attorney fees against Trumbull and the OPBA, jointly and severally, and

G. Grant each of the plaintiffs any other relief that this Court deems to be equitable and just.

_____
Diane M. Gonda (0059382)
GONDA & ASSOCIATES
75 Public Square - Suite 920
Cleveland, Ohio 44113-2084
(216) 696-0440
FAX (216) 696-0075
E-MAIL: GAA696@aol.com
Attorney For Plaintiffs2