UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Bonnie Flynn, et al., | : | Case No. 4:02CV0773 |
| | : | |
| Plaintiff | : | Judge Ann Aldrich |
| | : | |
| v. | : | Magistrate Judge David S. Perelman |
| | : | |
| Trumbull County, Ohio, et al., | : | **MEMORANDUM OPINION** |
| | : | **AND ORDER** |
| Defendant | : | |

This action was referred to this Court on December 15, 2004 for the purpose of attempting to reach a settlement. Since that time conferences were held with the parties on February 2nd, March 22nd, May 9th, June 3rd, and September 2, 2005, with several telephone conferences with counsel on a number of occasions.

This Court believes that the parties have attempted in good faith to find a basis for compromise, their efforts to do so being complicated by a reorganization within the Trumbull County Sheriff's Department resulting from budgetary constraints.

At the last of those conferences this Court advised all concerned that if no resolution was forthcoming as a result of the exhaustive efforts to date this Court must conclude that nothing more could be accomplished by this Court, and that the action would be returned to Judge Aldrich to go forward with trial. That time has come.

This Court, therefore, closes the referral and is returning the file to Judge Aldrich.

**IT IS SO ORDERED**

s/DAVID S. PERELMAN
United States Magistrate Judge

DATE:   October 6, 2005