# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| BONNIE FLYNN, et al. | ) | CASE NO.  4:02CV00773 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | JUDGE ANN ALDRICH |
| | ) | |
| - vs - | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| TRUMBULL COUNTY, OHIO | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

This action came before the Court and a jury.  The jury rendered a verdict for the plaintiffs'.  Therefore, judgment is hereby rendered for the plaintiffs' and against the defendant.

This judgment order is hereby entered pursuant to Federal Rule of Civil Procedure 58 and this action is terminated.

Geri M. Smith, Clerk of Court

s /Victoria Kirkpatrick
By:    Deputy Clerk

Date: December 14, 2006